UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:02-CR-112-T-27MSS

DARON L. HUTCHINSON

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 5th day of October, 2006, on a Petition to Revoke Supervised Release. The Defendant, DARON L. HUTCHINSON, appeared with Counsel, Alec Hall, AFPD; and Jay Hoffer, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **DARON L. HUTCHINSON**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIXTY (60) DAYS.**

DONE AND ORDERED at Tampa, Florida this \_\_\_6th\_\_\_ day of October, 2006.

                                            JAMES D. WHITTEMORE
                                            UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation